IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER A. CHODOR, | ) | |
| | ) | |
| Plaintiff, | ) | No.   FILED: JUNE 17, 2008 |
| | ) |        08CV3463 |
| v. | ) | Judge   JUDGE ANDERSEN |
| | ) |           MAGISTRATE JUDGE MASON |
| THE CITY OF CHICAGO, an Illinois municipal | ) |           TG |
| corporation, body politic and unit of local | ) | |
| government, | ) | |
| Defendant. | | |

## AFFIDAVIT

Jay M. Kertez, being duly sworn on oath, deposes and states that he is one of the attorneys for petitioner in the above-entitled action; that on the 16th day of June, 2008, he filed with the Clerk of the Circuit Court of Cook County of the State of Illinois, a copy of the petitioner's **NOTICE OF REMOVAL**, together with copies of the pleadings in this action, by leaving said copies with the Clerk of the County Department, Law Division, Daley Center, Chicago, Illinois.

s/ Jay M. Kertez
JAY M. KERTEZ
Senior Counsel

Subscribed and Sworn before
me on this 17th day of June, 2008.

*[signature: Pamela A. Buscemi]*

Official Seal
Pamela A. Buscemi
Notary Public State of Illinois
My Commission Expires 07/15/08