IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER A. CHODOR, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 3463 |
| ) | |
| v. ) | Judge Andersen |
| ) | |
| THE CITY OF CHICAGO, an Illinois municipal ) | Magistrate Judge Mason |
| corporation, body politic and unit of local ) | |
| government, ) | |
| Defendant. | |

## AMENDED AFFIDAVIT

Jay M. Kertez, being duly sworn on oath, deposes and states that he is one of the attorneys for petitioner in the above-entitled action; that on the 17th day of June, 2008, he filed with the Clerk of the Circuit Court of Cook County of the State of Illinois, a copy of the petitioner's **NOTICE OF REMOVAL**, together with copies of the pleadings in this action, by leaving said copies with the Clerk of the County Department, Law Division, Daley Center, Chicago, Illinois.

JAY M. KERTEZ
Senior Counsel

Subscribed and Sworn before
me on this 19th day of June, 2008.

Official Seal
Pamela A Buscemi
Notary Public State of Illinois
My Commission Expires 07/15/08