UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER A. CHODOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3463 |
| vs. | ) | |
| | ) | Judge Andersen |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City") by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, moves this Court for an extension of time, up to and including August 5, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this agreed motion, the City states the following:

1. On May 16, 2008, plaintiff filed a five-count complaint in the Circuit Court of Cook County, alleging violation of his civil rights pursuant to 42 U.S.C. § 1983; wrongful termination; defamation per se by purported wrongful termination; defamation per se by purported publication of slander; and defamation per quod.

2. The complaint was served on the City Clerk on June 4, 2008.

3. On June 17, 2008, Senior Counsel Jay M. Kertez filed his appearance on behalf of the City and removed the case to federal court.

4. Pursuant to Fed. R. Civ. P. 81 (c), the City's answer on other pleading to plaintiff's Complaint is due on June 24, 2008.

5. The undersigned counsel will need additional time to confer with his client, investigate the claims and obtain pertinent documents.

      6.      For these reasons, the City will need an extension of time, up to and including August 5, 2008, to answer or otherwise plead.

      7.      Plaintiff's counsel has been consulted and agrees to this requested extension of time.

      8.      This motion is not being made for the purpose of delay or any other unlawful purpose.

      9.      Plaintiff will not be prejudiced if the requested extension of time is granted.

WHEREFORE, Defendant City of Chicago requests that this Court grant it an extension of time through August 5, 2008 to answer or otherwise plead to plaintiff's Complaint.

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel of the
                                              City of Chicago

                              By:     /s Jay M. Kertez
                                              JAY M. KERTEZ
                                              Senior Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9212

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to have a true and correct copy of the foregoing Notice of Agreed Motion and Defendant's Agreed Motion for an Extension of Time to Answer or Otherwise Plead to be electronically mailed to the attorneys named in the foregoing notice on this 24th day of June 2008.

        s/Jay M. Kertez
        JAY M. KERTEZ
        Senior Counsel