UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER A. CHODOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3463 |
| vs. | ) | |
| | ) | Judge Andersen |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Frank B. Avila
      Avila & Tomic, LLC
      227 W. Monroe Street
      Chicago, IL  60606

**PLEASE TAKE NOTICE** that on June 24, 2008, I have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Agreed Motion for an Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Andersen, or before such other Judge or Magistrate Judge sitting in his place or stead, on July 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 24th day of June 2008.

                                    Respectfully submitted,

                                    MARA S. GEORGES
                                    Corporation Counsel of the
                                    City of Chicago

                            By:     /s Jay M. Kertez
                                    JAY M. KERTEZ
                                    Senior Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9212