IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER A. CHODOR,       ) | |
| ) | No. 08 C 3463 |
| Plaintiff,       ) | |
| ) | Judge Andersen |
| v.       ) | |
| ) | Magistrate Judge Mason |
| CITY OF CHICAGO, an Illinois       ) | |
| municipal corporation, body politic       ) | |
| and unit of local government,       ) | |
| ) | |
| Defendant.       ) | |

### NOTICE OF MOTION

TO: Frank Avila
Avila & Tomic LLC
227 West Monroe Street, Suite 2000
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that we electronically filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support, copies of which are being served on you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Andersen or before such other Judge or Magistrate Judge sitting in his stead, on September 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present this motion.

**DATED** at Chicago, Illinois, this August 8, 2008.

/s / Joan P. Altman
JOAN P. ALTMAN
JOSEPH A. GRAHAM
Assistants Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-2826/5126